The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>V.<br><br><br>DOROREO SUASTEGUI | Case Number:  2:25-CR-00064-DJC<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE**<br><br><br>**DATE: January 22, 2026**<br>**TIME: 9 am**<br>**DEPT: DJC** |

1.     By previous order, this matter was set for a status hearing on January 22, 2026.

2.     By this stipulation, defendant now moves to continue the status conference until May 14, 2026, at 9:00 am, and to exclude time between January 22, 2026 and May 14, 2026, under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

4.     The government has represented that the discovery associated with this case includes law enforcement reports, photographs, and video recordings, amounting to more than 150 gigabytes of data.  This discovery is subject to a Protective Order.  ECF No. 17.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

5.    Counsel for defendant desires additional time to review the charges and discovery in these cases, conduct defense investigation and research, and otherwise prepare for trial.

6.    Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

7.    The government does not object to the continuance.

8.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

9.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 22, 2026 to May 14, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

10.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED

Dated: 1/14/26

_/s/ Alex Cardenas_
Alex Cardenas
Assistant United States Attorney

_/s/ Olaf Hedberg_
Olaf Hedberg
Attorney for Doroteo Suastegui

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 15th day of January 2026.

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J.
CALABRETTA
UNITED STATES DISTRICT JUDGE