The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

THE UNITED STAES OF AMERICA

V.

DOROREO SUASTEGUI

Case Number:  2:25-CR-00064 DJC

**STIPULATION AND ORDER FOR COONTINUANCE OF STATUS CONFERENCE**

**DATE: May 14, 2026**
**TIME: 9 am**
**DEPT: DJC**

1

1. By previous order, this matter was set for a status hearing on May 14, 2026.

2. By this stipulation, defendant now moves to continue the status conference until July 16, 2026, at 9:00 a.m., and to exclude time between May 14, 2026, and July 16, 2026, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

4. The government has represented that the discovery associated with this case includes law enforcement reports, photographs, and video recordings, amounting to more than 150 gigabytes of data.  This discovery is subject to a Protective Order.  ECF No. 17.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

5. Counsel for defendant desires additional time to review the charges, the discovery in this case, conduct defense investigation and research, and review the forthcoming plea agreement.

6. Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

7. The government does not object to the continuance.

8. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

9. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 14, 2026 to July 16, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

10.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED

Dated: 5/11/26                                          /s/ Adrian Kinsella
                                                        Adrian Kinsella
                                                Assistant United States Attorney


                                                        /s/ Olaf Hedberg
                                                        Olaf Hedberg
                                                Attorney for Doroteo Suastegui


**FINDINGS AND ORDER**

The Court GRANTS the parties' stipulation in full and advises that it will not contemplate any further continuances absent good cause with compelling circumstances shown.

IT IS SO FOUND AND ORDERED this 12th day of May, 2026.


                                        /s/ Daniel J. Calabretta
                                        THE HONORABLE DANIEL J. CALABRETTA
                                        UNITED STATES DISTRICT JUDGE